```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 25346
   JOHNNY ROBINSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6667


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/24/2008 and was not confirmed.

     The case was dismissed without confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I    41794.33            .00            .00
PIERCE & ASSOCIATES       MORTGAGE NOTI   NOT FILED            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE NOTI   NOT FILED            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I    25440.36            .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     --------------       --------------
TOTALS                   .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/26/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```